KENT S. ROBINSON, OSB #09625
Acting United States Attorney
TIM SIMMONS, OSB #924615
tim.simmons@usdoj.gov
Assistant U.S. Attorney
405 E. 8th Ave., Suite 2400
Eugene, Oregon 97401
PHO: (541) 465-6740; FAX: (541) 465-6917

LAWRENCE BREWSTER
Regional Solicitor
BRUCE L. BROWN
Associate Regional Solicitor
EVAN H. NORDBY, WSBA #35937
Nordby.evan@dol.gov
Trial Attorney
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101-3212
PHO: (206) 553-0940; FAX: (206) 553-2768

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | CV. 10-6010-TC |
| Plaintiff, | (Proposed) TEMPORARY RESTRAINING ORDER |
| v. | (30 U.S.C. §818(a)(1)) |
| FRANCES RICHARD SCHRADER, an individual, d/b/a ALL COAST CONCRETE; a/k/a FRANCES SCHRADER AND SON, | |
| Defendants. | |

This matter is before the Court on motion of the Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, for a Temporary Restraining Order pursuant to Section 108(a)(1) of the Federal Mine Safety and Health Act of 1977 (the "Act"), 30 U.S.C. §818(a)(1), and Rule 65(b) of the Federal Rules of Civil Procedure. The Secretary seeks to enjoin the Defendants, Frances Richard Schrader, an individual, d/b/a All Coast Concrete; a/k/a Frances Schrader and Son, from further violations of the Act as set forth in the Secretary's Motion for Temporary Restraining Order and Permanent Injunction, and supporting papers. The Secretary further requests that the Court schedule a hearing to consider its Motion for a Permanent Injunction.

Having considered all of the materials and arguments submitted, the Court finds as follows:

1) Frances Richard Schrader d/b/a All Coast Concrete is an owner/operator of a mine within the meaning of the Act and is subject to the requirements of the Act;

2) Frances Schrader and Son is an owner/operator of a mine within the meaning of the Act and is subject to the requirements of the Act;

3) The requested relief is necessary because Defendants continue to refuse to comply with citations and orders issued by the Secretary's authorized representatives while carrying out inspections necessary to ensure compliance with the requirements of the Act.

4) The Defendants' actions are in ongoing violation of the Act, as set out in the Secretary's Complaint for Injunctive Relief and in the Memorandum of Law in support of this Motion.

5) Defendants' actions create a risk of irreparable injury, loss or damage; and, injunctive relief is specifically authorized by the Act.

IT IS THEREFORE ORDERED:

1) The Motion of Plaintiff for a Temporary Restraining Order is granted;

2) The Defendants, their agents, employees, and all those in active concert and participation with them are ordered, pending the final disposition of this matter, to not conduct any mining operations until they are in compliance with the Act.

3) A hearing on Plaintiff's Motion for a Permanent Injunction is scheduled for February 1, 2010 at 10:00 am at the U.S. Courthouse in Eugene

Dated this 22 day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Evan H. Nordby
EVAN H. NORDBY, WSBA #35937
Trial Attorney

Attorney for Plaintiff Hilda L. Solis,
Secretary of Labor
United States Department of Labor